**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-25-00396-CV**

_____

**CONSOLIDATED CONTAINMENT, LLC AND SPILL - TECT, LLC, Appellants**

**V.**

**MAXX ENERGY SERVICES, LLC, JOHN CARMICHAEL, ELIZABETH CARMICHAEL, AND TATUM HURFORD, Appellees**

**On Appeal from the 60th District Court**
**Jefferson County, Texas**
**Trial Cause No. 25DCCV1727**

**MEMORANDUM OPINION**

Consolidated Containment, LLC and Spill - Tect, LLC, Appellants, filed a motion to dismiss this accelerated appeal. *See* Tex. R. App. P. 42.1(a)(1). Appellants filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See id*. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on April 1, 2026
Opinion Delivered April 2, 2026
Before Golemon, C.J., Wright and Chambers, JJ.